IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHEILA YVONNE MCGEE and
SHARON ANTOINETTE WILSON

                      Plaintiffs,

v.                                              Case No. 05-4002-JAR

STONEBRIDGE LIFE INSURANCE COMPANY

                      Defendant.

_____

## ORDER GRANTING STATUS CONFERENCE

This matter comes before the Court upon Defendant Stonebridge Life Insurance Company's Motion for Status Conference (Doc. 23). Plaintiffs' counsel has advised the court that they have no objection to defendant's motion. Defendant has advised the court that it wishes to discuss the current Scheduling Order as it pertains to the use of expert witnesses.

Thus, for good cause shown, the Court finds that said Motion be granted and that a status conference be scheduled to discuss the use of experts witnesses in this case.

**IT IS THEREFORE ORDERED** that defendant's Motion for Status Conference (Doc. 23) is granted.

**IT IS FURTHER ORDERED** that a telephone status conference, initiated by the court, be held in the above captioned case on **Thursday, September 8, 2005, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2005, at Topeka, Kansas.

                                                         s/ K. Gary Sebelius
                                                         K. Gary Sebelius
                                                         U.S. Magistrate Judge